# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2011

143861 & (24)(25)(26)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KWAME KILPATRICK,
      Defendant-Appellant.

_____/

SC: 143861
COA: 304991
Wayne CC: 08-010496-FH

On order of the Court, the motion for immediate consideration is GRANTED, in part, as it pertains to the motion for stay. The motion for stay is DENIED. The application for leave to appeal the August 30, 2011 order of the Court of Appeals and the motion for leave to file brief amicus curiae remain pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2011

_____
Clerk

h1116